**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**DAVID R. MILLSAP,**

**Plaintiff,**

**CIVIL ACTION NO. 3:21-CV-00647-jdp**

**V.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

---

**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT**

---

Defendant, Lincoln Life Assurance Company of Boston ("Lincoln Life"), by and through its undersigned counsel of record, file this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and hereby states as follows:

1. **Effective October 1, 2021, Lincoln Life Assurance Company of Boston** has merged with **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Respectfully submitted this 17th day of November 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

William E. Parsons
Email: wparsons@hq-law.com

November 17, 2021 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers