**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**DAVID R. MILLSAP,**

**Plaintiff,**

**CIVIL ACTION NO. 3:21-CV-00647-jdp**

**V.**

**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON,**

**Defendant.**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff David R. Millsap and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of March 2022.

Respectfully submitted,

**HAWKS QUINDEL, S.C.**

/s/ William E. Parsons

William E. Parsons, WI State Bar No. 1048594
Email: wparsons@hq-law.com
Jessa L. Victor, WI State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

ATTORNEY FOR PLAINTIFF

**- AND -**


**LAW OFFICES OF IWANA RADEMAKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEY FOR DEFENDANT